■ MARCIA GUTTENTAG, Appellant, v. DAVID GUTTENTAG, Respondent.— Motion by respondent to dismiss appeal from an alleged "order" of June 15, 1964 on the ground that said document is in fact a memorandum decision and hence is not an order from which an appeal may properly be taken. Motion denied. It appears that, based upon said decision a final judgment of separation was signed June 16, 1964 and entered June 18, 1964. Appellant served her notice of appeal on July 10, 1964, but inadvertently stated that she appeals from the "order" of June 15, 1964. Under the circumstances, and since the notice of appeal was timely served, the appeal will be deemed to have been taken from the judgment of June 16, 1964; the notice of appeal is amended accordingly (CPLR 5512, 2001). Christ, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID PRESTON, Appellant.— Motion by appellant pro se for a free transcript of the trial minutes denied. Under the statute (Code Crim. Pro., § 456) a defendant is entitled to only one free transcript, and the court has already directed that such transcript be furnished to appellant's assigned counsel, Anthony F. Marra, Esq. The defendant therefore may not be supplied with an additional free transcript. Christ, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of the Application of WILLIAM MICHAEL HANNAFIN, Petitioner, for Admission to the Bar.— Motion by petitioner for a hearing before this court for the purpose of being apprised of the reasons for the denial of his application for admission to the Bar, or, in the alternative, for leave to appeal to the Court of Appeals from the order of this court, dated July 6, 1964, denying his prior motion for reconsideration of his said application. Motion denied in all respects. Christ, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.